IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID WAYNE MCCORMICK,

    Plaintiff,

vs.                     Case No. 3:10cv253/MCR/MD

ARMOR MEDICAL, et al.,

    Defendants.
    _____/

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on December 16, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is dismissed for failure to prosecute and failure to comply with an order of the court.

DONE AND ORDERED this 18th day of January, 2011.

                *s/ M. Casey Rodgers*
                **M. CASEY RODGERS**
                **UNITED STATES DISTRICT JUDGE**